Joseph Schirmer and Emma L. Schirmer, Respondents, v. George N. Dean and Harvey Dean, Appellants.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Melinda P. Schmidt, as Executrix, etc., of Bache McEvers Schmidt, Deceased, Appellant, v. Elise M. Jewett and Others, Impleaded with Fritz Leopold Schmidt, Jr., Respondent.— Judgment reversed on the ground that the trial court had no right on the pleadings to give final judgment on overruling the demurrer to the defenses, and an interlocutory judgment overruling the demurrer is directed, with costs to the appellant, the same to be settled before Mr. Justice Gaynor. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Gertrude Smith, as Administratrix, etc., of Harry A. Smith, Deceased, Appellant. v. The Long Island Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Rich and Miller, JJ., concurred; Hooker, J., dissented.

Irene Warden, an Infant, by William E. Warden, Her Guardian ad Litem, Plaintiff, v. The City of New York and Others, Defendants.— Plaintiff's exceptions sustained and motion for new trial granted, costs to abide the event. No opinion, Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

## THIRD DEPARTMENT, MAY, 1906.

C. Arthur Parker, in His Own Right and as Survivor, etc., Respondent, v. Lyman Rhoades and Others, Appellants.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer on payment of costs of demurrer and of this appeal. All concurred, except Parker, P. J., not voting. Opinion by Kellogg, J.*

* No opinion was written in this case.